

173 P.3d 611

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**December 24, 2007**

| 28326 | K-F Children, In re | Affirmed |
|---|---|---|

**December 26, 2007**

| 27729 | State v. Gomez | Affirmed |
|---|---|---|

**December 27, 2007**

| 28238 | State v. Daigle | Affirmed |
|---|---|---|

**December 31, 2007**

| 27766 | State v. O'Connor | Affirmed |
|---|---|---|
| 27837, 27838 | State v. Russell | Affirmed |

**January 8, 2008**

| 27126 | State v. Heyer | Affirmed |
|---|---|---|
| 26794 | Tani v. Allstate Ins. Co. | Affirmed |

**January 9, 2008**

| 28054 | State v. Dela Cruz | Affirmed |
|---|---|---|